**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No: 6:19-cr-48-Orl-18GJK

**RONDRE ANTWAN POWELL**
_____/

**NOTICE OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Rondre Antwan Powell, in the above-styled cause.

The Clerk is requested to remove Erin Hyde, Assistant Federal Defender, as the notice counsel, and enter the appearance of Alisha Marie Nair, Assistant Federal Defender, as counsel for the Defendant.

Dated this 13th day of March 2019.

DONNA LEE ELM
FEDERAL DEFENDER

*s/ Alisha Marie S. Nair*
Alisha Marie S. Nair
Assistant Federal Defender
Georgia Bar No. 806033
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: alisha_marie_nair@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Nathan Hill, Assistant United States Attorney, this the 13th day of March 2019.

*s/ Alisha Marie S. Nair*
Attorney for Defendant